## W. A. Doss, Appellant, v. N. E. Hutson et al., Appellees.

### Gen. No. 9,389.

Heard in this court at the October term, 1943; opinion filed October 25, 1943; rehearing denied January 17, 1944. Dwight H. Doss, for appellant; N. E. Hutson, Carl I. Glasgow, E. J. Hawbaker, R. P. Shonkwiler, Burl A. Edie, C. E. Corbett and Oliver D. Mann, each *pro se;* Roy R. Cline, of counsel. Opinion by JUSTICE RIESS. Not to be published in full.

## George Christian, Appellant, v. Peter Smirinotis, Appellee.

### Gen. No. 42,644.

Heard in the second division, first district, this court at the April term, 1943; opinion filed December 14, 1943. Walter B. Prendergast and Charles P. R. Macaulay, for appellant; James F. Lyons and Elwyn E. Long, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.